SIEGFRIED DEUTSCH, Respondent, *v.* FLORES B. ROY et al., Appellants, Impleaded with Others.

(Submitted October 9, 1935; decided November 19, 1935.)

*Louis Susman* for appellants.

*Henry C. Burnstine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.  Not sitting: FINCH, J.